**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 176 EAL 2018

                Respondent   :

  :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

           v.   :

  :

  :

JON SMITH,   :

  :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.